PER CURIAM.

(No. 75-CC-1— ▮▮▮▮▮▮)

WASHINGTON UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, INSTITUTE FOR ENVIRONMENTAL QUALITY, Respondent.

*Opinion filed October 4, 1974.*

WASHINGTON UNIVERSITY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.